# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS, | CASE NO. 1:10-cv-02169-AWI-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO RETURN EXHIBITS |
| v. | (ECF No. 37) |
| R. FLORES, | |
| Defendant. | |

Plaintiff Michael Lynn Waters ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed for failure to state a claim on September 4, 2012. (ECF No. 35.) On September 14, 2012, Plaintiff filed a motion for the return of all exhibits filed in this case. (ECF No. 37.) Plaintiff requests that all of his original exhibits that have been filed in this action be returned to him. Plaintiff maintains that he needs the exhibits for a future habeas petition.

The Eastern District of California is an electronic case management/filing district (CM/ECF). Local Rule 133(a). Attorneys must file all documents electronically, with few exceptions. Id. However, pro se litigants generally are not permitted to utilize electronic filing and must instead submit paper filings which are transformed into electronic format by the Clerk. Local Rule 133(b).

The Clerk has custody of all electronic and paper files and records of the court. Local Rule 138(a). The Local Rules prohibit the taking of any file, record, paper, or item belonging to the files of the court from the custody of the Clerk without a special order of the court and a receipt given by the party obtaining it, describing it and the date of its receipt. Id.

1  Paper filings for a case remain part of the court's official record for a time period which may
2  extend until after the case is closed.  Moreover, due to the large volume of cases and documents
3  received at this court, individual requests for return of documents are not granted without a
4  compelling reason.  Plaintiff was cautioned in the First Informational Order issued on November 22,
5  2010, "not to send original exhibits to the court" and "to retain [his] original exhibits and send
6  photocopies to the court." (ECF No. 11 at ¶ 7.) Plaintiff may obtain copies of his court documents,
7  for $ .50 per page, via a written request to the Clerk accompanied by payment for the copies and a
8  self-addressed, stamped envelope.[1]

9  Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for return
10 of all exhibits filed in this case, filed September 14, 2012, is DENIED.

12 IT IS SO ORDERED.

13 Dated:   **September 17, 2012**          /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may also obtain copies by contacting Attorney Diversified Services at 741 N. Fulton Street, Fresno, California 93728, 800-842-2695.